UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILFRED GUY, # 111795                      CIVIL ACTION

VERSUS                                     NO. 00-0044

BURL CAIN WARDEN, ET AL                    SECTION

**SECT. G MAG. 6**

### ORDER

Considering the application and affidavit to proceed *in forma pauperis*,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed *in forma pauperis*.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

☑ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed *in forma pauperis* for the listed reasons:

_____

New Orleans, Louisiana, this 12th day of January, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

JAN 1 4 2000

DATE OF ENTRY_____