```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2000 FEB 17  P 3: 50

                              LORETTA G. WHYTE
                                   CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**WILFRED GUY, #111795**                     **CIVIL ACTION**

**VERSUS**                                    **NO. 00-0044**

**N. BURL CAIN, ET AL**                       **SECTION "G"(6)**

\* \* \* \* \* \* \* \* \*

## MOTION FOR FIRST EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

NOW INTO COURT, comes the State of Louisiana, through the undersigned Assistant District Attorney, who respectfully requests an extension of time in which to file a brief for the following reasons:

1. Respondent was served with petitioner's brief on January 18, 2000. Respondent's brief is due February 17, 2000.

2. Undersigned counsel requested the state court record relevant to the above captioned matter from the clerk's office on January 19, 2000, but has not yet received the record for Case No. 306-419 "G". (See attached request).

3. Respondent respectfully requests an extension of twenty (20) days, until March 8, 2000 within which to file a response.

4. Respondent is unaware of any opposition to this motion for extension of time.

1

DATE OF ENTRY  FEB 2 2000

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No. 4

WHEREFORE, respondent respectfully requests an additional twenty (20) days from the original return date to this Court, until the 8th day of March, 2000 in which to file a brief.

Respectfully submitted,

JANE BEEBE, BAR NO. 23642
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA  70119
Telephone:  (504) 822-2414

O R D E R

IT IS ORDERED that respondent herein be granted an extension until the 8th day of March, 2000 in which to file a response in the above-captioned matter.

UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This 18th day of February, 2000
New Orleans, Louisiana.