MINUTE ENTRY
MOORE, M.J.
February 24, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILFRED GUY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0044 |
| BURL CAIN, Warden | * | SECTION: "G" (6) |

### ORDER

Before the court is petitioner's "Motion for Appointment of Counsel." There is no constitutional right to counsel in a habeas corpus proceeding. **Pennsylvania v. Finley**, 481 U.S. 551, 555 (1987). Moreover, review of petitioner's request for relief filed pursuant to 28 U.S.C. §2254 does not reveal any complex legal issues which would warrant appointment of counsel under 18 U.S.C. §3006A(a)(2)(B).

Accordingly, **IT IS ORDERED** that petitioner's motion for appointment of counsel is **DENIED**.

LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY COUNSEL
AND PRO SE PETITIONER

FEB 28 2000
DATE OF ENTRY