FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -1  P 4: 03

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILFRED GUY, #111795** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0044** |
| **N. BURL CAIN, ET AL** | **SECTION "G"(6)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT**, comes the State of Louisiana, through the undersigned Assistant District Attorney, who respectfully requests an extension of time in which to file a brief for the following reasons:

1. Respondent was served with Magistrate Moore's Minute Entry of April 17, 2000. At that time, Jane Beebe had just resigned from the Orleans Parish District Attorney's Office, and ADA Leslie P. Tullier had assumed responsibility for this case.

2. During this transition, the order to file a supplemental memorandum was not written in the calendar and subsequently, undersigned counsel was not aware that it was due.

3. Respondent respectfully requests an extension of twenty (20) days, until June 21, 2000 within which to file a supplemental memorandum.

DATE OF ENTRY
JUN 5 2000

1

4. Respondent is unaware of any opposition to this motion for extension of time.

**WHEREFORE,** respondent respectfully requests an additional twenty (20) days from the original return date to this Court, until the 8th day of March, 2000 in which to file a brief.

Respectfully submitted,

*[signature]*

VAL M. SOLINO, BAR NO. 1610
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

## O R D E R

**IT IS ORDERED** that respondent herein be granted an extension until the 21st day of June, 2000 in which to file a response in the above-captioned matter.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This 2ND day of June, 2000
New Orleans, Louisiana.

2

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion for Extension of Time has been served upon petitioner by placing a copy of same in the United States mail, postage prepaid, addressed to:

Wilfred Guy #111795
Camp J Cuda 4/R/11
Louisiana State Prison
Angola, LA 70712

_____
VAL M. SOLINO
ASSISTANT DISTRICT ATTORNEY