

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILFRED GUY, #111795** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0044** |
| **N. BURL CAIN, ET AL** | **SECTION "G"(6)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

       **NOW INTO COURT,** comes the State of Louisiana, through the undersigned Assistant District Attorney, who respectfully requests an extension of time in which to file a brief for the following reasons:

1.   Respondent was served with Magistrate Moore's Minute Entry of April 17, 2000. Respondent's brief is due June 21, 2000.

2.   Previous counsel, Jane Beebe, had requested the state court record relevant to the above captioned matter from the clerk's office on January 19, 2000, but has not yet received the record for Case No. 306-419 "G". (See attached request). Undersigned counsel has followed up on obtaining this record, but has yet to receive it..

3.   Respondent respectfully requests an extension of twenty (20) days, until July 11, 2000 within which to file its supplemental response..

4.   Respondent is unaware of any opposition to this motion for extension of time.

DATE OF ENTRY
JUN 2 3 2000

1

**WHEREFORE**, respondent respectfully requests an additional twenty (20) days from the original return date to this Court, until the 11TH day of July, 2000 in which to file a brief.

Respectfully submitted,

_____
LESLIE P. TULLIER, BAR NO. 25479
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

## O R D E R

**IT IS ORDERED** that respondent herein be granted an extension until the ~~11th~~ 5th day of July, 2000 in which to file a response in the above-captioned matter.

_____
UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This 22ND day of June, 2000
New Orleans, Louisiana.