

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILFRED GUY, #111795** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0044** |
| **N. BURL CAIN, ET AL** | **SECTION "G"(6)** |

\* \* \* \* \* \* \* \* \*

# MOTION TO AMEND SUPPLEMENTAL RESPONSE
# FILED BY THE STATE

\* \* \* \* \* \* \* \* \*

      **NOW INTO COURT,** comes the State of Louisiana, through the undersigned Assistant District Attorney, who respectfully requests permission to amend their brief filed July 5, 2000 by deleting the paragraph that begins on page 13 with "Finally, even if there . . . ." and ends on page 14 with ". . . . to the instruction at trial".

      It has come to the State's attention that this paragraph contains an erroneous argument and respectfully requests that it be deleted from their brief.

DATE OF ENTRY
JUL 1 7 2000

1

WHEREFORE, respondent respectfully requests that the paragraph beginning on the bottom of page 13, and ending in the middle of page 14 (as described above) be deleted from the State's Supplemental Response to Habeas Corpus Petition.

Respectfully submitted,

_____
LESLIE P. TULLIER, BAR NO. 25479
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

## ORDER

IT IS ORDERED that the paragraph beginning on the bottom of page 13, and ending in the middle of page 14 be deleted from the State's Supplemental Response to Habeas Corpus Petition.

_____
UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This 14th day of July, 2000
New Orleans, Louisiana