


MINUTE ENTRY
MOORE, M.J.
July 14, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

WILDRED GUY                                    CIVIL ACTION

VERSUS                                         NO. 00-0044

N. BURL CAIN, ET AL                            SECTION "G" (6)

      Before the Court is petitioner, Wilfred Guy's motion for extension of time to rebut the State's Supplemental Response Brief.[1]  (Rec. Doc. No. 14)  Therein, petitioner requests that he be given until August 10, 2000 to file his rebuttal.

      The State was notified of petitioner's motion and voiced no objection.  Accordingly, IT IS HEREBY ORDERED that petitioner's motion is GRANTED.  Petitioner is to file any rebuttal to the State's response on or before August 10, 2000.

                                         LOUIS MOORE, JR.
                                         UNITED STATES MAGISTRATE JUDGE

CLERK TO SERVE COUNSEL
AND PRO SE PETITIONER

DATE OF ENTRY
JUL 17 2000

---

[1] The court notes that the State of Louisiana has also filed on this date a motion to supplement its response by deleting a portion of its prior argument.  The State's motion was granted.  (See, Rec. Doc. No. 15). Petitioner should consider the State's recent supplement to the record prior to filing his rebuttal.

Fee_____
___Process___
_X_ Dktd___
___CtRmDep___
Doc.No.___