

MINUTE ENTRY
SEAR, JUDGE
November 21, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILFRED GUY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0044 |
| BURL CAIN | * | SECTION "G" |

MEMORANDUM AND ORDER

Petitioner, Wilfred Guy, is a prisoner presently incarcerated at the Louisiana State Penitentiary in Angola, Louisiana. In this federal habeas corpus petition, he raises several constitutional claims arising from his February 4, 1985 conviction of second degree murder, for which he was sentenced to life in prison without benefit of parole, probation or suspension of sentence. Specifically, he urges that he was (1) denied due process of law when the trial judge failed to order a sanity commission to determine his competency prior to trial; (2) denied effective assistance of counsel; and (3) denied due process of law when the judge gave an erroneous jury charge on reasonable doubt.

1

DATE OF ENTRY
NOV 2 2 2000



The matter was referred to United States Magistrate Judge Louis Moore, Jr., for purposes of conducting a hearing, including an evidentiary hearing if necessary, and submission of proposed findings and recommendations for disposition pursuant to Title 28 U.S.C. § 636 (b)(1)(B) and (C), and, as applicable, Rule 8(b) of the Rules governing Section 2254 cases. Magistrate Judge Moore determined, after reviewing the entire record, that petitioner's claims could be disposed of without an evidentiary hearing. On October 12, 2000, he issued a Report and Recommendation making detailed findings and recommending that petitioner's first two claims be denied on the merits and the third claim be denied as procedurally barred.

On October 26, 2000, petitioner filed timely objections to the Report and Recommendation.

I have conducted a _de novo_ review of the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections. Following _de novo_ review, I am in agreement with every aspect of the Report and Recommendation and adopt it as my opinion herein.

Accordingly,

IT IS ORDERED that Wifred Guy's petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 IS DENIED WITH PREJUDICE.

```
_____
         MOREY L. SEAR
       U.S. DISTRICT JUDGE
```