```
                                            FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2000 NOV 27  PM 4:53

                                         LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILFRED GUY | CIVIL ACTION |
| VERSUS | NO. 00-44 |
| BURL CAIN | SECTION "G" |

J U D G M E N T

Considering the written Memorandum and Order of the Court;

IT IS ORDERED, ADJUDGED, AND DECREED, that the petition for writ of habeas corpus pursuant to 28 USC 2254 is denied with prejudice.

New Orleans, Louisiana, this 27th day of November, 2000.

_____
LORETTA G. WHYTE, CLERK

APPROVED AS TO FORM:

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
NOV 2 8 2000