UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILFRED GUY

VERSUS

BURL CAIN, WARDEN, ET AL

**U.S. DISTRICT COURT**
**Eastern District of Louisiana**

FILED DEC 0 8 2000

LORETTA G. WHYTE
Clerk

CIVIL ACTION

NUMBER: 00-0044

SECTION "G" (6)

## NOTICE OF INTENT TO APPEAL

TO: THE HONORABLE DISTRICT JUDGE
    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISINANA
    500 CAMP-STREET
    NEW ORLEANS, LOUISIANA.70130

THE HONORABLE ASSISTANT DISTRICT ATTORNEY
619 SOUTH WHITE STREET
NEW ORLEANS, LOUISIANA.70119

MAY IT PLEASE THE COURT:

        Wilfred Guy, appellant herein, gives notice of his intent to appeal to
the United States Court Of Appeals for the Fifth Circuit from the final judgement
in the above caption matter. On November 22,2000, denied his case with prejudice.

        This notice is filed pursuant to Fed.R.App.P.4(a), which requires a notice
of intent to appeal to be filed with the court within thirty(30) days from the date
of entry of judgement appealed from.

## CERTIFICATE OF SERVICE

    I, WILFRED GUY, DO HEREBY CERTIFY THAT A COPY OF THE FOREGOING NOTICE OF INTENT
TO APPEAL HAS BEEN SERVED UPON THE OPPOSING PARTY/COUNSEL OF RECORDS VIA THE UNITED
STATES POSTAL SERVICE, BY PLACING THE SAME INTO THE UNITED STATES MAILBOX WITH SUF-
FICIENT POSTAGE AND PROPERLY ADDRESSED TO HARRY F. CONNICK, ASSISTANCE DISTRICT
ATTORNEY, DISTRICT ATTORNEY'S OFFICE, ORLEANS PARISH, 619 SOUTH WHITE STREET, NEW
ORLEANS, LOUISIANA.70119. THIS 29th day of NOVEMBER,2000

RESPECTFULLY SUBMITTED:

WILFRED GUY

___ Fee  Not pd.
___ Process
X_ Dktd
X_ CtRmDep