```
                                              FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                          DEC 28 2000
                                       2000 DEC 28  AM 11:31

                                        LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
SEAR, J.
December 27, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILFRED GUY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-44 |
| BURL CAIN | * | SECTION "G" |

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus action, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that a certificate of appealability shall not be issued. For the reasons stated in the Report and Recommendation dated October 12, 2000, which I adopted in my Order dated November 21, 2000, plaintiff fails to make a substantial showing that he was denied a constitutional right.

_____
MOREY L. SEAR
U.S. DISTRICT JUDGE

DATE OF ENTRY
DEC 2 8 2000

1   Fee_____
    Process_____
    X Dktd_____
    _ CtRmDep_____
    Doc.No._____