IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



No. 00-31439
USDC No. 00-CV-44-G

WILFRED GUY,

    Petitioner-Appellant,

versus

BURL CAIN, Warden,
Louisiana State Penitentiary,

    Respondent-Appellee.

---

Appeal from the United States District Court
for the Eastern District of Louisiana

---

O R D E R:

    Wilfred Guy, Louisiana prisoner # 111795, has moved this court for a certificate of appealability ("COA") in order to appeal the denial of his federal habeas corpus application filed pursuant to 28 U.S.C. § 2254. He argues that: (1) the state trial court denied him due process by not holding a competency hearing; and (2) his trial counsel rendered ineffective assistance. This court may not grant a COA unless Guy makes a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).



O R D E R
No. 00-31439
- 2 -

As Guy has not met this standard, his motion for a COA is DENIED.

E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE

A true copy
  Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
  By_____
              Deputy   JUN 22 2001
New Orleans, Louisiana